929 A.2d 635

**SOCIETY HILL CIVIC ASSOCIATION, Queen Village Neighbors Association, Pennsport Civic Association, Whitman Council, Inc., Paul Neuwirth, Rita Gaudet DeVecchis, Barbara Seiple and Kathleen McGrann, Petitioners,**

v.

**The PENNSYLVANIA GAMING CONTROL BOARD, Respondent.**

**HSP Gaming, LP, Intervenor,**

**Philadelphia Entertainment and Development Partners, LP, Intervenor.**

Supreme Court of Pennsylvania.

July 20, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of July, 2007, the Petition for Review is dismissed for lack of jurisdiction and the Application to Lodge is denied. *See* 1 Pa.Code § 35.20 (providing that "[a]n action taken by a subordinate officer under authority delegated by the agency head may be appealed to the agency head by filing a petition within 10 days after service of notice of the action.").